IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:09-CR-249-D |
| VS. | § | |
| | § | |
| DMITRI SIIATSKI (16), | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The government's May 9, 2018 motion for leave to dismiss is granted. The superseding indictments filed on January 5, 2010, March 24, 2010, January 26, 2011, and July 19, 2011 are hereby dismissed without prejudice as to this defendant only.

**SO ORDERED**.

May 9, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE